UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES P. LEGER,
    Plaintiff,

vs.                                      Case No.:  5:21cv78/RV/ZCB

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 31, 2022. (Doc. 19). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 20th day of September 2022.

　　　　　　　　　　　　　　/s/ Roger Vinson
　　　　　　　　　　　　　　**ROGER VINSON**
　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**